**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

STATE OF OKLAHOMA EX REL.
GENTNER DRUMMOND, in his capacity
as Attorney General of the State of
Oklahoma, et al.,

      Plaintiffs - Appellees / Cross-
      Appellants,

v.

CAL-MAINE FOODS, INC.,

      Defendant - Appellant / Cross-
      Appellee,

and

TYSON FOODS, INC., et al.,

      Defendants / Cross-Appellees.

_____

No. 26-5000
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

STATE OF OKLAHOMA EX REL.
GENTNER DRUMMOND, in his capacity
as Attorney General of the State of
Oklahoma, et al.,

      Plaintiffs - Appellees / Cross-
      Appellants,

v.

CARGILL, INC., et al.,

      Defendants – Appellants / Cross-
      Appellees,

and

No. 26-5001
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

TYSON FOODS, INC., et al.,

    Defendants / Cross-Appellees.

_____

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

    Plaintiffs - Appellees / Cross-Appellants,

v.

TYSON FOODS, INC., et al.,

    Defendants - Appellants / Cross-Appellees,

and

CAL-MAINE FOODS, INC., et al.,

    Defendants / Cross-Appellees.

_____

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

    Plaintiffs - Appellees / Cross-Appellants,

v.

PETERSON FARMS, INC.,

    Defendant - Appellant / Cross-Appellee,

No. 26-5002
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

No. 26-5003
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

and

TYSON FOODS, INC., et al.,

       Defendants / Cross-Appellees.

_____

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

       Plaintiffs - Appellees / Cross-Appellants,

v.

SIMMONS FOODS, INC.,

       Defendant - Appellant / Cross-Appellee,

and

TYSON FOODS, INC., et al.,

       Defendants / Cross-Appellees.

_____

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

       Plaintiffs - Appellees / Cross-Appellants,

v.

GEORGE'S, INC., et al.,

No. 26-5004
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

No. 26-5005
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

Defendants - Appellants / Cross-Appellees,

and

TYSON FOODS, INC., et al.,

    Defendants / Cross-Appellees.

_____

STATE OF OKLAHOMA EX REL. GENTNER DRUMMOND, in his capacity as Attorney General of the State of Oklahoma, et al.,

    Plaintiffs – Appellees / Cross-Appellants,

v.

TYSON FOODS, INC., et al.,

    Defendants – Appellants / Cross-Appellees.

No. 26-5010
(D.C. No. 4:05-CV-00329-GKF-SH)
(N.D. Okla.)

_____

**ORDER**

_____

This matter is before the court for case management purposes with respect to these seven appeals.

Pursuant to the court's January 16, 2026 order, the parties were directed to address consolidation for nos. 26-5000, 26-5001, 26-5002, 26-5003, 26-5004, and 26-5005, and to propose a briefing schedule for the appeals. On January 20, 2026, State of Oklahoma Plaintiffs filed a notice of appeal. That appeal, no. 26-5010, is a cross-appeal to nos. 26-

5000—26-5005. Preliminary documents have been filed in nos. 26-5000—26-5005.
Preliminary documents remain due in no. 26-5010.

Before the court is an *Unopposed Joint Motion for Consolidation* and *Joint Briefing Proposal*.

All parties agree that nos. 26-5000—26-5005 and no. 26-5010 should be consolidated to maximize efficiency to the parties and the court. Appellants in 26-5000—26-5005 agree to file their briefs and a single, joint appendix on the same date. Appellants in 26-5000—26-5005 state that they will strive to consolidate briefing among themselves to avoid duplicative presentations. The parties request a specific cross-appeal briefing schedule to accommodate the complexities of these appeals, as set forth in the *Joint Briefing Proposal*.

Upon consideration, the *Unopposed Joint Motion for Consolidation* is granted, and the *Joint Briefing Proposal* is adopted as follows.

The court procedurally consolidates nos. 26-5000-26-5005 and no. 26-5010 for purposes of a joint appendix, submission to the court, and oral argument, if scheduled, and partially consolidates these appeals for purposes of cross-appeal briefing per the parties' *Joint Briefing Proposal*.

Cross-Appeal Briefing shall proceed as follows:

Defendants - Appellants/Cross-Appellees' first briefs on cross-appeal (principal briefs) and the joint appendix are due **April 30, 2026**.

Plaintiffs – Appellees/Cross-Appellants' second brief on cross-appeal (principal and response brief) is due **June 15, 2026**.

Defendants - Appellants/Cross-Appellees' third briefs on cross-appeal (response and reply briefs) is due due **July 30, 2026**.

Plaintiffs – Appellees/Cross-Appellants' fourth brief on cross-appeal (reply brief) is due **September 4, 2026**.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk