**CIRCUIT MEDIATION OFFICE**

# UNITED STATES COURT OF APPEALS

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 9, 2026

Chris M. Scaperlanda, Esq.
Justin Hiersche, Esq.
McAfee & Taft, PC
211 North Robinson, 8th Floor
Oklahoma City, OK  73102

Gary M. Gaskin, II, Esq,
Jennifer L. Lewis
Office of the Attorney General for the
State of Oklahoma
313 NE 21st Street
Oklahoma City, OK  73105

Gordon D. Todd, Esq.
Sidley Austin LLP
1501 K Street, NW, Suite 600
Washington, DC  20005

A. Scott McDaniel, Esq.
McDaniel Acord & Lytle, PLLC
9343 East 95th Court
Tulsa, OK  7413

John R. Elrod, Esq.
Vicki Bronson, Esq.
Conner & Winters, LLP
4375 North Vantage Drive, Suite 405
Fayetteville, AR  72703

Perry L. Glantz, Esq.
Stinson LLP
1144 15th Street, Suite 2400
Denver, CO  80202

RE:  Nos.  26-5000 – State of Oklahoma, et al. v. Cal-Maine Foods, Inc, et al.
26-5001 –  State of Oklahoma, et al. v. Cargill, Inc., et al.
26-5002 – State of Oklahoma, et al. v. Tyson Foods, Inc.
26-5003 – State of Oklahoma, et al. v. Peterson Farms, Inc., et al.
26-5004 – State of Oklahoma, et al. v. Simmons Food, Inc.
26-5005 – State of Oklahoma, et al. v. George's Inc, et al.
26-5010 – State of Oklahoma, et al. v. Tyson Foods, Inc.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the first brief on cross-appeal and the appendix is extended to **June 1, 2026**.

Sincerely,

Kevin J. Kinnear

KJK:dm